UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>ANDREW MICHAEL AGALZOFF,<br><br>Defendant. | Case No. 2:17-cr-00177-KJD-PAL<br><br>ORDER<br><br>(Mot Strike – ECF No. 17) |

Before the court is Government's Motion to Strike Defendant's Notice of Assertion of Right to be Present in Court Unshackled (ECF No. 13) (ECF No. 17). The court has reviewed the motion and defendant's Response (ECF No. 19). Having reviewed and considered the matter,

**IT IS ORDERED** that the Government's Motion to Strike Defendant's Notice of Assertion of Right to be Present in Court Unshackled (ECF No. 13) (ECF No. 17) is **DENIED**.

DATED this 13th day of February, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE